# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158240(70)(71)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SUSAN BISIO,
          Plaintiff-Appellant,

v

THE CITY OF THE VILLAGE OF
CLARKSTON,
          Defendant-Appellee.

_____/

SC: 158240
COA: 335422
Oakland CC: 2015-150462-CZ

On order of the Chief Justice, the separate motions of (1) the Michigan Municipal League and the Michigan Townships Association, and (2) various media entities collectively referred to as the "Press Amici" to file briefs amicus curiae are GRANTED. The amicus briefs will be accepted for filing if submitted on or before January 31, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 7, 2020

Clerk